JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SCHERER, | Case No. CV 18-8240 FMO (JPRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SANDRA M. DEMPSEY, et al., | |
| Defendants. | |

Pursuant to the parties' Joint Stipulation for Dismissal Pursuant to F.R.Civ.P. 41(a)(1) (**Document No. 12**), the above-captioned case is **dismissed with prejudice**.

Dated this 20th day of December, 2018.

/s/
Fernando M. Olguin
United States District Judge